**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JOHN FOLOWELL** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Case No. 4:10cv664** |
| | § | |
| **CITY OF SULPHUR SPRINGS, TEXAS,** | § | |
| **and JOHNNY VANCE, Individually** | § | |
| **Defendants.** | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On March 1, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the above titled and numbered cause of action be REMANDED to the 62nd District Court of Hopkins County, Texas.

The court has made a *de novo* review of the objections raised by Defendants and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit.  Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

The above titled and numbered cause of action shall be REMANDED to the 62nd District Court of Hopkins County, Texas.

**IT IS SO ORDERED.**

**SIGNED this the 22nd day of August, 2013.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE